**Electronically Filed**
**Supreme Court**
**SCPW-20-0000390**
**20-JUL-2020**
**10:02 AM**

SCPW-20-0000390

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TEKOA IKAIKA DENOMIE, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1PC091001448)

ORDER DENYING "MOTION OBJECTING [TO] THE DECISION AND DISMISS
ORDER DENYING NON-VIOLENT COMMUNITY CUSTODY PETITIONER RELEASE
FROM CUSTODY AMID THE CORONAVIRUS PANDEMIC"
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
with Wilson, J., concurring[1])

Upon consideration of petitioner Tekoa Ikaika Denomie's
"Motion Objecting [to] the Decision and Dismiss Order Denying
Non-Violent Community Custody Petitioner Release From Custody
Amid the Coronavirus Pandemic," filed on July 10, 2020
("Motion"), and the record,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, July 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



---

[1] Associate Justice Richard Pollack, who was a member of the court when
the petition was decided, retired from the bench on June 30, 2020.